**ORIGINAL**

MATTHEW G. WHITAKER
Acting Attorney General
ROBERT S. BREWER, JR.
United States Attorney
MICHAEL G. WHEAT, CBN 118598
ERIC J. BESTE, CBN 226089
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8437/6695/8817/9144
Email: michael.wheat@usdoj.gov
Attorneys for the United States

**SEALED BY ORDER OF THE COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 07 2019

at 2 o'clock and 50 min. P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDOLPH B. PUANA (1),<br>KATHERINE P. KEALOHA (2),<br>Defendants. | Case No. CR19 00015 JMS<br><br>NOTICE OF RELATED CASE |

### NOTICE OF RELATED CASE(S)

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the Special Attorneys of the United States give notice herein that the above-captioned Indictment involves a defendant that is currently before the District Court in two

related matters: *United States v. KEALOHA et al.*, CR Nos. 17-00582-JMS and 18-00068-JMS.

DATED: February 7, 2019, at Honolulu, Hawaii.

Respectfully submitted,

MATTHEW G. WHITAKER
Acting Attorney General

ROBERT S. BREWER, JR.
United States Attorney

/s/ Michael Wheat
_____
MICHAEL G. WHEAT
Special Attorney of the United States