ORIGINAL

MATTHEW G. WHITAKER
Acting Attorney General
ROBERT S. BREWER, JR.
United States Attorney
MICHAEL G. WHEAT, CBN 118598
ERIC J. BESTE, CBN 226089
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8437/6695/8817/9144
Email: michael.wheat@usdoj.gov
Attorneys for the United States

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 1 2 2019
at 10 o'clock and ___ min __ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUDOLPH B. PUANA (1),<br>KATHERINE P. KEALOHA (2),<br>　　　　Defendants. | Case No.   CR 19-0015-JMS-RLP<br><br>MOTION TO *UNSEAL* INDICTMENT |

### MOTION TO *UNSEAL* INDICTMENT

COMES NOW the plaintiff, United States of America, by and through its counsel, Matthew G. Whitaker, Acting Attorney General, and Michael G. Wheat, Eric J. Beste, Janaki S. Gandhi, and Colin M. McDonald, Special Attorneys, and

respectfully moves this Honorable Court, for an order *unsealing* the Indictment in this case.

Defendant RUDOLPH B. PUANA having been arrested, and expected to appear for arraignment and plea on Wednesday February 13, 2019.

DATED: February 12, 2019, at Honolulu, Hawaii.

Respectfully submitted,

MATTHEW G. WHITAKER
Acting Attorney General

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Colin McDonald*
MICHAEL G. WHEAT
ERIC J. BESTE
JANAKI S. GANDHI
COLIN M. MCDONALD
Special Attorneys of the United States

MATTHEW G. WHITTAKER
Acting Attorney General
MICHAEL G. WHEAT, CBN 118598
ERIC J. BESTE, CBN 226089
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8437/8817/9144
Email: michael.wheat@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RUDOLPH B. PUANA (1),<br>KATHERINE P. KEALOHA (2),<br>                Defendants. | Case No.   CR 19-0015-JMS-RLP<br><br>*PROPOSED* ORDER |

### ORDER

THIS Honorable Court, after having considered the Motion to Unseal the Indictment, upon the recent arrest of Defendant RUDOLPH B. PUANA, and good cause appearing therefore,

The Motion to Unseal the Indictment is hereby GRANTED.

_____          _____
Date                                              RICHARD L. PUGLISI
                                                       United States Magistrate Judge
                                                       District of Hawaii