ORIGINAL

AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.    CR 19-0015JMS-WRP

PROOF OF SERVICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 25 2019
at 9 o'clock and 51 min. A M
SUE BEITIA, CLERK   JT

This summons was received to me on (date) 20190924.

☒ I personally served the summons on this defendant Katherine Kealoha at (place) 300 Ala Moana Blvd On (date) 20190924 ;

or

☐ On (date) _____ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to (name of individual) _____, who is authorized to receive service of process on behalf of (name of organization) _____ on (date) _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare that under penalty of perjury that this information is true.

Date returned: 20190924

_____
Server's Signature

Daniel Botty  DUSM
Printed name and title

Remarks:

2

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 19-0015JMS-WRP |
| KATHERINE P. KEALOHA<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>COURTROOM 7 |
|---|---|
| Before: Wes Reber Porter, United States Magistrate Judge | Date and Time<br>September 24, 2019 at 2:00 pm |

To Answer to a First Superseding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 841 (a)(1) and (846)
Brief description of offense: CONSPIRACY TO DISTRIBUTE AND DISPENSE CONTROLLED SUBSTANCES; and

Charging you with a violation of Title 8 United States Code, Section 4
Brief description of offense: MISPRISION OF A FELONY

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by AG
Signature of Issuing Officer/Deputy Clerk

September 23, 2019
Date

RECEIVED 2019 SEP 24 AM 2:06 U.S. MARSHALS SERVICE HONOLULU, HI